895 A.2d 545

**In re Nomination Petition of Dowayne BLOUNT a/k/a Dee Blount for the Office of Representative in the General Assembly of District Number 103,**

**Appeal of Dowayne Blount a/k/a Dee Blount.**

Supreme Court of Pennsylvania.

Submitted April 17, 2006.

Decided April 24, 2006.

Lenora M. Smith, Esq., Harrisburg, for Dowayne Blount.

Karen M. Balaban, Esq., for Shaun O'Toole.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**